FILED
MAY 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA V.
# JAPAN AIRLINES INTERNATIONAL CO., LTD.
## BOARD RESOLUTIONS

At the 799th (Ordinary) Meeting of the Board of Directors of Japan Airlines International Co., Ltd. held on April 16, 2008, the Board:

RESOLVED, that execution, delivery and performance of Plea Agreement between Japan Airlines International Co., Ltd. ("JAL" or the "Company") and the United States Department of Justice, in substantially the form attached hereto as Exhibit 1, is hereby approved;

RESOLVED, that Mr. Susumu Miyoshi, Senior Executive Officer and Mr. Kazuhide Yamazaki, Vice President of Legal Affairs be and each of them with power to act alone hereby is, authorized, empowered and directed, for and on behalf of the Company, to execute and deliver the Plea Agreement;

RESOLVED, that Mr. Susumu Miyoshi, Senior Executive Officer and Mr. Kazuhide Yamazaki, Vice President of Legal Affairs be and each of them with power to act alone hereby is, authorized to represent the Company at any hearing in order to waive any and all rights of the Company referred to under section 2 of the Plea Agreement and to plead guilty at such hearing, for and on behalf of the Company, in accordance with the provisions of the Plea Agreement; and

RESOLVED, that Mr. Susumu Miyoshi, Senior Executive Officer and Mr. Kazuhide Yamazaki, Vice President of Legal Affairs be and each of them with power to act alone hereby is, authorized to take individually any and all actions required or appropriate in order to carry out the intent and purpose of the preceding resolutions.

## CERTIFICATE

I, Kazuhide Yamazaki, Vice President Legal Affairs of Japan Airlines International Co., Ltd., a company organized and existing under the laws of Japan and having its head office at 4-11, Higashi-shinagawa 2 chome, Shinagawa-ku, Tokyo, Japan, do hereby certify, as the person responsible for keeping minutes of the Board of Directors meeting, that the attached resolutions adopted by the Board of Directors of Japan Airlines International Co., Ltd. at the 799th (Ordinary) Meeting of the Board of Directors held on April 16, 2008, are true, correct and complete, and that said resolutions have not been amended, modified or repealed, and remain in full force and effect, as of the date hereof.

Signed in Tokyo this 16th day of April, 2008 by

*K. Yamazaki*
Japan Airlines International Co., Ltd.
Kazuhide Yamazaki
Vice President Legal Affairs