UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.            )<br>)<br>JAPAN AIRLINES INTL CO.,LTD )<br>) | Criminal Case No.  08-106 (JDB)<br><br>**FILED**<br>MAY 0 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

WAIVER OF INDICTMENT

I,     JAPAN AIRLINES INTL CO.,LTD  , the above-name defendant, who is accused of

**Antitrust Violations**
**15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on     **May 7, 2008**   prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____K. Yamazaki_____
Kazuhide Yamazaki- Vice Pres of Legal Affairs

_____[signature]_____
Counsel for Defendant

Before ___[signature]___   Date: ___May 7, 2008___
Judge John D. Bates