CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
         vs.               )   Criminal Case No.  08-106 (JDB)
                           )
                           )   **FILED**
JAPAN AIRLINES INTL CO., LTD )
                               MAY 0 7 2008

                               NANCY MAYER WHITTINGTON, CLERK
                                    U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Kazuhide Yamazaki -Vice Pres of Legal Affairs

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____        Date: _____
Judge John D. Bates